ACCEPTED
04-15-00268-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 10:06:57 AM
KEITH HOTTLE
CLERK

# PLUNKETT & GRIESENBECK, INC.

ATTORNEYS AT LAW

CATHOLIC LIFE BUILDING, SUITE 900

1635 N.E. LOOP 410

SAN ANTONIO, TX 78209

TELEPHONE: (210) 734-7092

FACSIMILE: (210) 734-0379

RUTH G. MALINAS

Board Certified
Civil Appellate Law
Texas Board of Legal
Specialization

RMalinas@pg-law.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 10:06:57 AM
KEITH E. HOTTLE
Clerk

November 23, 2015

Keith E. Hottle, Clerk
Court of Appeals
Fourth District of Texas
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE:   Court of Appeals Number: 04-15-00268-CV
      Trial Court Case Number: 2014-CI-10872
      *Amatuer Athletic Union of the United States, Inc., Paul Campbell, Rod
      Seaford, and Charles Oliver v. Augustus Bray*
      Our File No. 5802-192

Dear Mr. Hottle:

Please accept this correspondence as my official notification that I will be on vacation on the following dates:

December 26, 2015 – January 4, 2016.

Therefore, during said dates, I will be unavailable for hearings, trials and settings. Please do not set any matter before Court during those dates which would require my attendance.

Thank you for your attention to this matter.

Sincerely,

PLUNKETT & GRIESENBECK, INC.

BY: _____
Ruth G. Malinas

RGM/lac

cc:
Mr. Jerry Galow, Via Email: jerry@galowlaw.com
Mr. Justin Studdard, Via Email: Justin@galowlaw.com